**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7852**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

BYRON CARLTON CUMBER,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (CR-99-28, CA-00-154-7-F)

_____

Submitted:  February 26, 2002       Decided:  March 14, 2002

_____

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Byron Carlton Cumber, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron Cumber seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Cumber's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Cumber</u>, Nos. CR-99-28; CA-00-154-7-F (E.D.N.C. filed Aug. 28, 2001; entered Aug. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2